377 A.2d 992

Commonwealth ex rel. Newton v. Newton, Appellant.

Argued June 14, 1977. James B. Martin, with him William C. Wickkiser, for appellant; Donald H. Lipson, for appellee.

Order affirmed.

377 A.2d 992

Commonwealth ex rel. Sabota, Appellant, v. Aytch.

Argued June 21, 1977. James T. Vernile, for appellant; Charles F. Gallagher, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for appellee.

Order affirmed.